UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUCE O. THOMPSON,

    Plaintiff,

v.                                          Case No. 8:05-cv-01316-SCB-TGW

CITY OF SEMINOLE CITY COUNCIL and
INTERNATIONAL ASSOCIATION OF FIRE
FIGHTERS LOCAL 2896,

    Defendant.
_____/

## **ORDER**

    This cause comes before the Court on its own. The parties are directed to meet and prepare a joint Case Management Report, and Plaintiff is directed to file the Report by October 10, 2006. If Plaintiff fails to file the joint Case Management Report, this case will be dismissed without prejudice without further notice.

    **DONE AND ORDERED** at Tampa, Florida, this 13th day of September, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record